DAL-010

| ATTORNEY (Name, State Bar number, and address): | STATE BAR NO: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Four-C Commercial<br>FIRM NAME:<br>STREET ADDRESS: 1628 Perkins Dr<br>CITY: Arcadia, CA 91006   STATE:   ZIP CODE:<br>TELEPHONE NO: (626) 318-5396   FAX NO:<br>E-MAIL ADDRESS: JCPostal@AOL.com<br>ATTORNEY FOR (name): | | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>MAR 1 3 2020<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS: 350 W. 1st Street, 9th Floor
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PLAINTIFF: Jose Madriz
DEFENDANT: Four-C Commercial

| NOTICE OF ☑ STAY OF PROCEEDINGS AND EARLY EVALUATION CONFERENCE ☐ JOINT INSPECTION (Disability Access Litigation) | CASE NUMBER:<br>5:20-CV-00120-PA(KKX) |
|---|---|

## Stay of Proceedings

For a period of 90 days from the date of the filing of this court notice, unless otherwise ordered by the court, the parties are stayed from taking any further action relating to the construction-related accessibility claim or claims in this case.

This stay does not apply to any construction-related accessibility claim in which the plaintiff has obtained temporary injunctive relief which is still in place.

1  This action includes a construction-related accessibility claim under Civil Code section 55.52(a)(1) or other provision of law

## Notice of Early Evaluation Conference

2  A defendant has requested an early evaluation conference and a stay of proceedings under Civil Code section 55.54

3  The early evaluation conference is scheduled as follows

| a  Date | Time | Dept | Room |
|---|---|---|---|
|  |  |  |  |

  b  The conference will be held at ☐ the court address shown above   ☐ the following address

4  The plaintiff and defendant must attend with any other person needed for settlement of the case unless, with court approval, a party's disability requires the party's participation by a telephone appearance or other alternate means or through the personal appearance of an authorized representative

5  The defendant who requested the conference and stay of proceedings must serve on all parties and file with the court the following
   a  (For a defendant applying under **CASp-Inspected Site** section) A copy of the CASp report for the site that is the subject of the construction-related accessibility claim. Defendant must serve and file the report at least 15 days before the date set for the early evaluation conference. The CASp report is confidential and only available as set forth below and in Civil Code section 55.54(d)(4).
   b  (For a defendant applying under **New Construction** section) Evidence showing the correction of all violations giving rise to the construction-related accessibility claim within 60 days of the service of the complaint. Defendant must serve and file the evidence within 10 days following completion of the corrections
   c  (For a defendant applying under **Small Business** section) Evidence, if not previously served and filed, showing the correction within 30 days of the service of the complaint of all violations giving rise to the construction-related accessibility claims. Defendant must serve and file the evidence within 10 days of issuance of this order

6  The CASp report must be marked "CONFIDENTIAL" and may be disclosed only to the court, the parties to the action, the parties' attorneys, those individuals employed or retained by the attorneys to assist in the litigation, and insurance representatives or others involved in the evaluation and settlement of the case. (File the court's copy attached to Confidential Cover Sheet and Declaration (form DAL-006).)

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>DAL-010 [Rev. January 1, 2016] | **NOTICE OF STAY OF PROCEEDINGS AND EARLY EVALUATION CONFERENCE, JOINT INSPECTION**<br>(Disability Access Litigation) | Civil Code § 55.54<br>www.courts.ca.gov |
|---|---|---|

DAL-010

| PLAINTIFF Jose Madriz | CASE NUMBER |
| DEFENDANT Four-C Commercial | 5:20-CV-00120-PA(KKX) |

7. The plaintiff must at least 15 days before the date set for the early evaluation conference serve and file a statement of, to the extent known, all of the following:
   a. An itemized list of specific issues on the subject premises that are the basis of the claimed construction-related accessibility violations in the plaintiff's complaint
   b. The amount of damages claimed
   c. The amount of attorney's fees and costs incurred to date, if any, that are being claimed
   d. Any demand for settlement of the case in its entirety

## Notice of Joint Inspection
*(only applies if boxes are checked)*

8. ☐ A defendant has requested a meeting with plaintiff to jointly inspect the site that is the subject of the construction-related accessibility claim

9. ☐ Plaintiff and plaintiff's counsel, if any, must, within 30 days of the date this notice is issued, meet in person with defendant at the site to jointly inspect the premises and review any programmatic or policy issues that are claimed to constitute a violation of a construction-related accessibility standard. (See Civ. Code, § 55.54(d)(6).)

10. If plaintiff is unable to meet in person at the site, he or she may move the court for leave to be excused or to appear telephonically or by other means. (See Civ. Code, § 55.54(d)(6).)

## Service of Notice

11. A copy of this notice and defendant's application must be served on the plaintiff by hand-delivering it or mailing it to the address listed on the complaint of plaintiff's attorney or plaintiff, if without an attorney, within 10 days of date that the court issues the *Notice of Stay of Proceedings and Early Evaluation Conference, Joint Inspection.* Defendant must file proof of service with the court at least 15 days before the date of the conference. *Proof of Service—Disability Access Litigation* (form DAL-012) may be used to show service of the documents.

Date _____    Clerk, by _____, Deputy

> More information about this Notice and Order and the defendant's application, and instructions to assist plaintiff and defendants in complying with this Notice and Order, may be obtained at www.courts.ca.gov/selfhelp

### Request for Accommodation
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the date on which you are to appear. Contact the clerk's office or go to www.courts.ca.gov/forms for *Request for Accommodations by Persons with Disabilities and Response* (form MC-410). (Civ. Code § 54.8.)

For your protection and privacy, please press the Clear This Form button after you have printed the form.

DAL-005

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NO: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Four-C Commercial | | |
| FIRM NAME: | | |
| STREET ADDRESS: 1628 Perkins Dr. | | |
| CITY: Arcadia, CA  STATE: 91006  ZIP CODE: | | |
| TELEPHONE NO: (626) 318-5396  FAX NO: | | |
| E-MAIL ADDRESS: JCPostal@AOL.com | | |
| ATTORNEY FOR (name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS: 350 W. 1st, 9th Floor
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PLAINTIFF: Jose Madriz

DEFENDANT: Four-C Commercial

| DEFENDANT'S APPLICATION PURSUANT TO CIVIL CODE SECTION 55.54 FOR: ✓ STAY AND EARLY EVALUATION CONFERENCE  ☐ JOINT INSPECTION | CASE NUMBER: 5:20-CV-00120-PA(KKX) |
|---|---|

*(Information about this application and filing instructions may be obtained at www.courts.ca.gov/selfhelp.htm.)*

1. Defendant *(name)* _____ requests a stay of proceedings and early evaluation conference pursuant to Civil Code section 55.54.

2. The complaint in this case alleges a construction-related accessibility claim as defined under Civil Code section 55.52(a)(1).

3. The claim concerns a site that meets one of the following sets of requirements *(All items in one of a, b, c, or d must be checked for the court to order a stay and early evaluation conference. Check a box if the statement is true)*:

   a. ☐ **CASp-Inspected Site**
      (1) ☐ Site has been inspected by a Certified Access Specialist (CASp) and determined to be CASp inspected or CASp determination pending, and if CASp inspected, there have been no modifications completed or commenced since the date of inspection that may impact compliance with construction-related accessibility standards to the best of defendant's knowledge; and
      (2) ✓ An inspection report by a Certified Access Specialist (CASp) relating to the site has been issued.

   b. ☐ **New Construction**
      (1) ☐ Site has had new construction or improvements on or after January 1, 2008, approved pursuant to the local building permit and inspection process.
      (2) ☐ To the best of defendant's knowledge, there have been no modifications or alterations completed or commenced since that approval that impacted compliance with construction-related accessibility standards with respect to the plaintiff's claim; and
      (3) ☐ All violations have been corrected, or will be corrected within 60 days of defendant's being served with the complaint.

   c. ☐ **Small Business**
      (1) ✓ Site is owned or occupied by a defendant that is a small business that has employed an average of 25 or fewer employees over the past three years and meets the gross receipts eligibility criteria provided in Civil Code section 55.56(2)(f).
      (2) ☐ All violations have been corrected, or will be corrected within 30 days of being served with the complaint; and
      (3) ☐ Evidence showing that all violations have been corrected *(check one)* ☐ is attached ☐ will be filed with the court within 10 days of the court order setting an early evaluation conference.
      (4) I am filing the following with the court along with this application *(The documents should be filed separately attached to a Confidential Cover Sheet and Declaration (form DAL-006))*:
         ☐ Proof of the number of defendant's employees as shown by wage reports forms filed with the Employment Development Department over the past three years or for existence of the business if less than three years; and
         ☐ Proof of defendant's average gross receipts as shown by federal or state tax documents for the three years before this application or for existence of the business if less than three years.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>DAL-005 [Rev. January 1, 2016] | **DEFENDANT'S APPLICATION FOR STAY OF PROCEEDINGS<br>AND EARLY EVALUATION CONFERENCE, JOINT INSPECTION**<br>(Disability Access Litigation) | Civil Code § 55.54<br>www.courts.ca.gov |

DAL-005

PLAINTIFF: Jose Madriz
DEFENDANT: Four-C Commercial

CASE NUMBER: 5:20-cv-00120-PA(KKx)

3. d. ☐ **Case Filed by High-Frequency Litigant**
   (1) ☐ Site is owned or occupied by a defendant that is a business.
   (2) ☑ The complaint was filed by, or on behalf of, a "high-frequency litigant" as defined in Code of Civil Procedure section 425.55(b) asserting a construction-related accessibility claim including, but not limited to, a claim brought under Civil Code section 51, 54, 54.1, or 55; and
   (3) ☐ The complaint includes a statement that it was filed by or on behalf of a high-frequency litigant, or a statement in the caption that "action subject to the supplemental fee in Government Code section 70616.5."

4. Defendant requests that the court
   a. Stay the proceedings relating to the construction-related accessibility claim.
   b. Schedule an early evaluation conference.
   c. Order defendant to
     (1) File a confidential copy of the Certified Access Specialist (CASp) report with the court and serve a copy of the report on the plaintiff at least 15 days before the date of the early evaluation conference, which shall be kept confidential as set forth in Civil Code section 55.54(d)(4); or
     (2) File with the court and serve on plaintiff evidence showing correction of all violations within 10 days of completion of the correction or, if seeking relief as a small business, within 10 days after issuance of a court order granting a stay.
   d. Order plaintiff to file with the court and serve on defendants the statement required by Civil Code section 55.54(d)(6) at least 15 days before the date of the early evaluation conference.
   e. ☐ (Check only if requesting a joint site inspection) Order plaintiff and plaintiff's counsel, if any, to meet in person with defendant within 30 days, at the site that is the subject of this action, for a joint inspection to review any issues that plaintiff claims are a violation of construction-related accessibility standards.

Date: 03/08/20    JACKY CHEUNG    ▶ [signature]
(TYPE OR PRINT NAME OF DECLARANT)    (SIGNATURE OF DECLARANT)

**DECLARATION OF DEFENDANT**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _____   JACKY CHEUNG   ▶ [signature]
(TYPE OR PRINT NAME OF DECLARANT)    (SIGNATURE OF DECLARANT)

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Four-C Commercial<br>1628 Perkins Dr<br>Arcadia, CA 91006<br>TELEPHONE NO.: (626) 318-5396   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): JCpostal@aol.com<br>ATTORNEY FOR (Name): N/A | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS:
MAILING ADDRESS: 350 W. 1st Street, 9th Floor
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

PETITIONER/PLAINTIFF: Jose Madriz
RESPONDENT/DEFENDANT: Four-C Commercial

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>5:20-cv-00120-PA(KKx) |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

3. On *(date):*                    I mailed from *(city and state):*
   the following **documents** *(specify):*

   [✓] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served:
   b. **Address** of person served:

   [✓] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 03/09/20

JACY CHEUNG
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)        (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use       **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**       Code of Civil Procedure, §§ 1013, 1013a
Judicial Council of California                         (Proof of Service)                                     www.courts.ca.gov
POS-030 [New January 1, 2005]

