# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 20-120 PA (KKx) | Date | October 5, 2020 |
|---|---|---|---|
| Title | Jose Madriz v. Four-C Commercial | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Gabby Garcia | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

    Before the Court is a Motion to Dismiss filed by defendant Four-C Commercial ("Defendant") (Docket No. 45). Defendant seeks dismissal of the Americans with Disabilities Act ("ADA") claim asserted in the Complaint filed by plaintiff Jose Madriz ("Plaintiff"). Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for October 26, 2020, is vacated, and the matter taken off calendar.

    Plaintiff's Complaint, filed on January 16, 2020, sought damages and injunctive relief for alleged violations of the ADA and California's Unruh Civil Rights Act. On January 31, 2020, this Court declined to exercise supplemental jurisdiction over Plaintiff's state law Unruh Act claim and any other construction-related accessibility claim. (Docket No. 13.) This Order left only Plaintiff's claim for injunctive relief under the ADA pending before this Court.

    Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, relied on evidence establishing that Defendant had cured the ADA violations alleged in Plaintiff's Complaint. Defendant therefore sought dismissal of Plaintiff's ADA claim because the removal of the alleged ADA violations rendered the ADA claim for injunctive relief moot. Plaintiff responded to Defendant's Motion to Dismiss by filing a Notice of Non-Opposition. According to the Notice of Non-Opposition, "[P]laintiff agrees that the ADA barrier has been removed and the ADA claim has been rendered moot. On that basis, the plaintiff does not oppose the dismissal of the ADA claim."

    Based on the evidence submitted in support of Defendant's Motion to Dismiss and Plaintiff's Notice of Non-Opposition to Defendants' Motion to Dismiss, the Court finds Plaintiff's claim for injunctive relief under the ADA is moot. The Court therefore grants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 20-120 PA (KKx) | Date | October 5, 2020 |
|---|---|---|---|
| Title | Jose Madriz v. Four-C Commercial | | |

Defendant's Motion to Dismiss and dismisses Plaintiff's ADA claim for injunctive relief.[1/] The Court will issue a judgment consistent with this Order.

    IT IS SO ORDERED.

---

[1/]    The Court notes that, even if Plaintiff's Unruh claim had not already been dismissed pursuant to 28 U.S.C. § 1367(c)(4), the Court would now decline to exercise supplemental jurisdiction at this stage pursuant to § 1367(c)(3) because it has resolved the ADA claim, and thus resolved "all claims over which it has original jurisdiction." 28 U.S.C. § 1367(c)(3); see also Acri v. Varian Assocs., 114 F.3d 999, 1001 (9th Cir. 1997) ("The Supreme Court has stated, and we have often repeated, that in the usual case in which all federal-law claims are eliminated before trial, the balance of factors . . . will point toward declining to exercise jurisdiction over the remaining state-law claims.") (quotations and citation omitted); see also Executive Software v. U.S. Dist. Court for the Cent. Dist. of Cal., 24 F.3d 1545, 1555-56 (9th Cir. 1994).