JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MADRIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUR-C COMMERCIAL,<br><br>    Defendant. | ED CV 20-120 PA (KKx)<br><br>JUDGMENT |

Pursuant to the Court's October 5, 2020 Minute Order dismissing this action as moot,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: October 5, 2020

                                                    Percy Anderson
                                     UNITED STATES DISTRICT JUDGE